# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| MARIE DRYSDALE, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No 5:20-cv-02422-JRA |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MARIE DRYSDALE ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, JPMORGAN CHASE BANK, N.A., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulation of dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 28th day of January 2021.

                                                  Respectfully submitted,

                                                  */s/ Nathan C. Volheim*
                                                  Nathan C. Volheim
                                                  Sulaiman Law Group, Ltd.
                                                  2500 S. Highland Avenue, Suite 200
                                                  Lombard, IL 60148
                                                  (630) 575-8181
                                                  nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                         */s/ Nathan C. Volheim*
                                                         Nathan C. Volheim