It is so Ordered.

*/s/Kathleen B. Burke*
Kathleen B. Burke
U.S. Magistrate Judge
Dated: 2/17/2021

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | |
|---|---|
| MARIE DRYSDALE,<br><br>         Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>         Defendant. | Case No.  5:20-cv-02422-KBB<br><br>Honorable Kathleen B. Burke |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARIE DRYSDALE, and the Defendant, JPMORGAN CHASE BANK, N.A., through their respective counsel that the above-captioned action is dismissed, with prejudice, against, JPMORGAN CHASE BANK, N.A., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 17, 2021                                      Respectfully Submitted,

| | |
|---|---|
| **MARIE DRYSDALE** | **JPMORGAN CHASE BANK, N.A.** |
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim #6302103<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com | */s/ Stefanie L. Deka* (*with consent*)<br>Stefanie L. Deka #0089248<br>*Counsel for Defendant*<br>McGlinchey Stafford<br>3401 Tuttle Rd., Suite 200<br>Cleveland, Ohio 44122<br>Phone: (216) 378-9914<br>Fax: (216) 274-9201<br>sdeka@mcglinchey.com |